# Addison County.

DARIUS STODDARD

*vs.*

LEVI ALLEN.

Stoddard
vs.
Allen.

Debt on a judgment obtained by D. S. against L. A., by default, in the County of Litchfield and State of Connecticut.

There was, 1st, a plea of *nil debet*; 2d, an offset.

Foreign judgment impeached.

The Court (Judges Smith and Knight on the bench) allowed the defendant to impeach the original judgment, so far as to show that more was recovered than was, in fact, due.

N. B.—This goes no further than foreign judgments on default.